IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DAVID E. SEITZ,** | § § § | |
| *Plaintiff/Counter-Defendant,* | § § § | |
| v. | § § | Civil Action No. 5:19-cv-1368 |
| **A.O. SMITH CORPORATION,** | § § § | |
| *Defendant/Counter-Plaintiff.* | § § § | |

## JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE COURT:

Plaintiff/Counter-Defendant David E. Seitz ("**Seitz**") and Defendant/Counter-Plaintiff A.O. Smith Corporation ("**A.O. Smith**") file this Joint Report on Alternative Dispute Resolution pursuant to Local Rule CV-88 and the Court's Scheduling Order, and would respectfully show the following:

1. The parties believe that alternative dispute resolution is appropriate in this case. The person responsible for settlement negotiations on behalf of the Plaintiff is David E. Seitz, along with counsel. The people responsible for settlement negotiations on behalf of A.O. Smith are Brian Cothroll and Rebecca Kennedy, along with counsel.

2. The parties have engaged in preliminary discussions regarding a mediation, but have not yet agreed on a mediator or a date for a mediation.

3. In addition, the parties will exchange written settlement offers and responses, as required by the Court's Scheduling Order.

DATED:        April 3, 2020.

                Respectfully submitted,

                **DAVIS & SANTOS, P.C.**

           By: _/s/ Jay Hulings_
               Jason M. Davis
               State Bar No. 00793592
               Email: jdavis@dslawpc.com
               Jay Hulings
               State Bar No. 24104573
               Email: jhulings@dslawpc.com
               719 S. Flores Street
               San Antonio, Texas 78204
               Tel: (210) 853-5882
               Fax: (210) 200-8395

                **LAW OFFICES OF STEVE A. BRYANT, P.C.**

                Steve A. Bryant
                State Bar No. 03277900
                Email: sab@sabryant.com
                3243 Canterbury Ln.
                Montgomery, TX 77356-8943
                Tel: (936) 448-7672
                Fax: (800) 732-0588

                **ATTORNEYS FOR PLAINTIFF DAVID E. SEITZ**

                **LIGHTFOOT, FRANKLIN & WHITE, LLC**

           By: _/s/ Brian C. Boyle_
               Brian C. Boyle
               State Bar No. 24045543
               Email: bboyle@lightfoolaw.com
               Charles M. Stam
               State Bar No. 24106462
               Email: cstam@lightfootlaw.com
               1885 St. James Place, Ste. 1150
               Houston, Texas 77056
               Tel: (713) 960-1488
               Fax: (713) 960-8991

               **ATTORNEYS FOR DEFENDANT A.O. SMITH CORPORATION**

## CERTIFICATE OF SERVICE

      I certify that on the 3rd day of April 2020, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

| | | |
|---|---|---|
| Brian C. Boyle | _____ | Overnight Mail |
| Charles M. Stam | _____ | Certified Mail-RRR |
| LIGHTFOOT, FRANKLIN & WHITE, LLC | _____ | Facsimile |
| 1185 St. James Place, Ste. 1150 |   X   | E-mail |
| Houston, Texas 77056 | | |
| Email: bboyle@lightfootlaw.com | | |
| Email: cstam@lightfootlaw.com | | |
| ***Attorneys for Defendant*** | | |

                                                  */s/ Jay Hulings*
                                                    Jay Hulings